FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 14 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PICHETRA JOSEPH LAO,<br><br>    Third Party<br>    Beneficiary/ Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA HOME LOANS,<br><br>    Defendant. | Case No.: SA CV 11-846-AG(RNBx)<br><br>[~~PROPOSED~~] JUDGMENT<br><br>Date: June 4, 2012<br>Time: 10:00 a.m.<br>Courtroom: 10D<br>Complt. Filed: June, 6, 2011<br>FAC Filed: January 20, 2012<br>SAC Filed: April 2, 2012<br><br>*Honorable Andrew Guilford* |

[~~PROPOSED~~] ~~ORDER AND ENTRY OF~~ JUDGMENT

# [PROPOSED] JUDGMENT

On June 4, 2012, the Motion to Dismiss of Defendant Bank of America, N.A. (erroneously sued as Bank of America Home Loans) to the Second Amended Complaint of Plaintiff Pichetra Joseph Lao ("Plaintiff") came on for hearing before this Court. Having read and considered the pleadings, briefs and oral arguments presented, as well as all other matters presented to the Court, and for good cause having been shown, this Court rules as follows:

1. Plaintiff's Second Amended Complaint fails to state a claim for fraud upon which relief may be granted against Defendant and, on that basis, Defendant's Motion to Dismiss is GRANTED as to Plaintiff's claim for fraud.

2. Plaintiff's Second Amended Complaint fails to state a claim for theft of property upon which relief may be granted against Defendant and, on that basis, Defendant's Motion to Dismiss is GRANTED as to Plaintiff's claim for theft of property.

3. Plaintiff's Second Amended Complaint fails to state a claim for negligence upon which relief may be granted against Defendant and, on that basis, Defendant's Motion to Dismiss is GRANTED as to Plaintiff's claim for negligence.

4. Because Plaintiff has had multiple opportunities to amend his pleadings and has repeatedly failed to cure their deficiencies, the Court DENIES leave to amend.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff takes nothing by way of his Second Amended Complaint against Defendant. Judgment is entered for Defendant.

DATED: JUNE 14, 2012

Honorable Andrew Guilford
United States District Judge